FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2023 SEP 14 AM 8:20
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**KEVIN DWIGHT CLEMENTS** and **KARYN L. ESTRADA**,

Defendants.

CRIMINAL NO. 23-1389 MIS

Count 1: 18 U.S.C. § 1591(a)(1): Sex Trafficking of a Minor; 18 U.S.C. § 2: Aiding and Abetting;

Count 2: 18 U.S.C. § 1591(a)(2): Benefitting from Sex Trafficking of a Minor; 18 U.S.C. § 2: Aiding and Abetting;

Count 3: 18 U.S.C. § 1201(a)(1): Kidnapping;

Count 4: 18 U.S.C. §§ 922(g)(1) and 924: Prohibited Person in Possession of a Firearm;

Count 5: 18 U.S.C. §§ 922(g)(3) and 924: Prohibited Person in Possession of a Firearm.

# INDICTMENT

The Grand Jury charges:

## Count 1

From on or about November 2018, and continuing to on or about May 2019, in Eddy County, in the District of New Mexico, and elsewhere, the defendants, **KEVIN DWIGHT CLEMENTS** and **KARYN L. ESTRADA**, knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained by any means Jane Doe, who had not attained the age of 14, knowing, and in reckless disregard of the fact, and

having a reasonable opportunity to observe Jane Doe, that Jane Doe was a minor and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1) and 2.

Count 2

From on or about November 2018, and continuing to on or about May 2019, in Eddy County, in the District of New Mexico, and elsewhere, the defendant, **KARYN L. ESTRADA**, knowingly, in and effecting interstate commerce, benefitted, financially and by receiving anything of value, from participation in a venture which engaged in an act of recruiting, enticing, obtaining, and maintaining Jane Doe, and knowing, and in reckless disregard of the fact, and having a reasonable opportunity to observe Jane Doe, that Jane Doe was a minor and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(2) and 2.

Count 3

On or about December 2018, in Eddy County, in the District of New Mexico, the defendants, **KEVIN DWIGHT CLEMENTS**, unlawfully seized, confined, kidnapped, abducted, and carried away Jane Doe and held her for ransom, reward, and otherwise, and in committing or in furtherance of the commission of the offense, used an RV park and a vehicle, each a means, facility, and instrumentality of interstate and foreign commerce.

In violation of 18 U.S.C. § 1201(a)(1).

Count 4

From on or about November 2018, and continuing to on or about June 9, 2020, in Eddy County, in the District of New Mexico, the defendant, **KEVIN DWIGHT CLEMENTS**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) armed robbery, and

(2) armed bank robbery,

knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

Count 5

From on or about November 2018, and continuing to on or about June 9, 2020, in Eddy County, in the District of New Mexico, the defendant, **KEVIN DWIGHT CLEMENTS**, knowing that he was an unlawful user of and addicted to a controlled substance, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(3) and 924.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **KEVIN DWIGHT CLEMENTS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Ruger LCP .380 caliber handgun, bearing serial number 378-1412; and

b. approximately six rounds of .380 caliber ammunition given to the Portales Police Department, on or about June 9, 2020.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

MAO